IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Lasenby, Cynthia A

Printed: 6/24/08

Case Number: 05 B 27137
Judge: Goldgar, A. Benjamin
Filed: 7/8/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Completed: June 6, 2008
Confirmed: August 23, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 35,547.62 |  |
| Secured: |  | 17,149.60 |
| Unsecured: |  | 14,366.88 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,400.00 |
| Trustee Fee: |  | 1,839.10 |
| Other Funds: |  | 792.04 |
| Totals: | 35,547.62 | 35,547.62 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Deer & Stone | Administrative | 1,400.00 | 1,400.00 |
| 2. | EMC Mortgage Corporation | Secured | 0.00 | 0.00 |
| 3. | Consumer Portfolio Services | Secured | 9,897.05 | 9,897.05 |
| 4. | EMC Mortgage Corporation | Secured | 7,252.55 | 7,252.55 |
| 5. | Consumer Portfolio Services | Unsecured | 4,775.26 | 4,775.26 |
| 6. | SBC | Unsecured | 901.81 | 901.81 |
| 7. | City Of Chicago Dept Of Revenue | Unsecured | 2,640.00 | 2,640.00 |
| 8. | U.S. Department Of Education | Unsecured | 5,309.81 | 5,309.81 |
| 9. | America's Financial Choice Inc | Unsecured | 740.00 | 740.00 |
| 10. | Deer & Stone | Priority | | No Claim Filed |
| 11. | American Pacific Bank | Unsecured | | No Claim Filed |
| 12. | Global Payments | Unsecured | | No Claim Filed |
| 13. | AT&T Wireless | Unsecured | | No Claim Filed |
| 14. | Telecheck | Unsecured | | No Claim Filed |
| 15. | Beneficial | Unsecured | | No Claim Filed |
| 16. | Telecom USA | Unsecured | | No Claim Filed |
| 17. | Harrah's | Unsecured | | No Claim Filed |
| 18. | MCI | Unsecured | | No Claim Filed |
| 19. | District Attorney Family Support | Unsecured | | No Claim Filed |
| 20. | Premier Bankcard | Unsecured | | No Claim Filed |
| 21. | US Cellular | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 32,916.48 | $ 32,916.48 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Lasenby, Cynthia A | Case Number: 05 B 27137 |
| | Judge: Goldgar, A. Benjamin |
| Printed: 6/24/08 | Filed: 7/8/05 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 591.25 |
| 5% | 169.75 |
| 4.8% | 279.36 |
| 5.4% | 798.74 |
| | _____ |
| | $ 1,839.10 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

